1  DENNIS S. ELLIS (SB# 178196)
   dennisellis@paulhastings.com
2  NICHOLAS J. BEGAKIS (SB# 253588)
   nickbegakis@paulhastings.com
3  ADAM M. REICH (SB# 274235)
   adamreich@paulhastings.com
4  PAUL HASTINGS LLP
   515 South Flower Street
5  Twenty-Fifth Floor
   Los Angeles, CA  90071-2228
6  Telephone:  (213) 683-6000
   Facsimile:  (213) 627-0705
7
   ARNOLDO BARBA (SB#198131)
8  arnold.barba@limruger.com
   LIM, RUGER & KIM, LLP
9  1055 West 7th Street, Suite 2800
   Los Angeles, CA  90017
10 Telephone: (213) 955-9500
   Facsimile:  (213) 955-9511
11

12 Attorneys for Defendants
   PACIFIC GAS AND ELECTRIC COMPANY; ALBERT
13 TORRES; BILL CHEN; and TANISHA ROBINSON

14
                    UNITED STATES DISTRICT COURT
15
                    NORTHERN DISTRICT OF CALIFORNIA
16

17

| NORTH STAR GAS COMPANY d/b/a YEP ENERGY, a Texas limited liability company, | CASE NO. 3:15-CV-02575-HSG |
|---|---|
| Plaintiff, | **ORDER REGARDING STIPULATION REGARDING RESPONSE TO COMPLAINT AND FOR ORDER CHANGING TIME** |
| vs. | |
| PACIFIC GAS AND ELECTRIC COMPANY, a California corporation; ALBERT TORRES, an individual; BILL CHEN, an individual; TANISHA ROBINSON, an individual, | Action Filed:        June 9, 2015<br>Current Response:    September 8, 2015<br>New Response:        September 15, 2015 |
| Defendants. | [Stipulation Regarding Response to Complaint and for Order Changing Time and Declaration of Adam M. Reich filed concurrently herewith] |

Case No. 3:15-CV-02575-HSG                                    ORDER RE: STIPULATION

**ORDER REGARDING STIPULATION**

The Stipulation Regarding Response to Complaint and for Order Changing Time ("Stipulation"), agreed to by Plaintiff North Star Gas Company d/b/a YEP Energy ("Plaintiff") and Defendants Pacific Gas and Electric Company ("PG&E"), Albert Torres, Bill Chen, and Tanisha Robinson (collectively, "Defendants"), was submitted for Court approval on September 3, 2015. Having considered the Stipulation, and all other pleadings and papers on file in this Action, the Court rules as follows:

Good cause appearing thereof, **IT IS HEREBY ORDERED THAT:**

1. The date for Plaintiff to file an **Opposition** to the Motion to Dismiss Plaintiff's Complaint that Defendants will file on September 15, 2015 is **October 29, 2015**;
2. The date for Defendants to file a **Reply** to the Opposition to Defendants' Motion to Dismiss, which Plaintiff will file on October 29, 2015, is **November 12, 2015**.
3. The hearing on the motion will be held on **December 3, 2015 at 2:00 p.m.**

**PURSUANT TO STIPULATION IT IS SO ORDERED** this   10th   day of September, 2015.

By: _____
The Honorable Haywood S. Gilliam, Jr.

Case No. 3:15-CV-02575-HSG            -1-            ORDER RE: STIPULATION