HOLLAND & KNIGHT LLP
Charles L. Coleman III (65496)
Tara S. Kaushik (230098)
Thomas D. Leland (Pro Hac)
Leah E. Capritta (Pro Hac)
50 California Street, Suite 2800
San Francisco, CA 94111
Telephone: (415) 743-6900
Fax: (415) 743-6910
E-mail:  charles.coleman@hklaw.com
         tara.kaushik@hklaw.com
         thomas.leland@hklaw.com
         leah.capritta@hklaw.com

Attorneys for Plaintiff
NORTH STAR GAS COMPANY
D/B/A YEP ENERGY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NORTH STAR GAS COMPANY D/B/A YEP ENERGY<br><br>Plaintiff,<br><br>vs.<br><br>PACIFIC GAS AND ELECTRIC COMPANY, a California corporation,; ALBERT TORRES, an individual; BILL CHEN, an individual; TANISHA ROBINSON, an individual,<br><br>Defendants. | Case No.: **4:15-CV-02575-HSG**<br><br>**Order Regarding Stipulated Request to Participate in Case Management Conference By Telephone**<br><br>**Date:** September 29, 2015<br>**Time:** 2:00 p.m.<br>**Dept:** Courtroom 15, 18th Floor<br>**Judge:** Hon. Haywood S. Gilliam |

**ORDER REGARDING STIPULATION**

The Stipulation Regarding the Parties' Motion to Hold the Case Management Conference by Phone, agreed to by Plaintiff North Star Gas Company d/b/a YEP Energy ("Plaintiff") and Defendants Pacific Gas and Electric Company ("PG&E"), Albert Torres, Bill Chen, and Tanisha

[PROPOSED] ORDER ON STIPULATED REQUEST TO PARTICIPATE IN CASE MANAGEMENT
CONFERENCE BY TELEPHONE                                                                                    CASE NO.: 4:15-CV-02575

Robinson (collectively, "Defendants"), was submitted for Court approval on September 22, 2015. Having considered the Stipulation, and all other pleadings and papers on file in this Action,

**IT IS HEREBY ORDERED THAT**:

The Stipulated Motion is **GRANTED**. The Case Management Conference scheduled in this matter will be held on September 29, 2015 at 2:00 P.M. Pacific Time **by telephone**. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

**PURSUANT TO STIPULATION IT IS SO ORDERED** this 24th day of September, 2015.

By: _____
The Honorable Haywood S. Gilliam, Jr.

#37338005_v1

Holland & Knight LLP
50 California Street, Suite 2800
San Francisco, CA 94111
Tel: 415.743.6900
Fax: 415.743.6910

- 2 -
[PROPOSED] ORDER ON STIPULATED REQUEST TO PARTICIPATE IN CASE MANAGEMENT
CONFERENCE BY TELEPHONE                                        CASE NO.: 4:15-CV-02575