1   DENNIS S. ELLIS (SB# 178196)
     dennisellis@paulhastings.com
2   ADAM M. REICH (SB# 274235)
     adamreich@paulhastings.com
3   COURTNEY T. DETHOMAS (SB# 294591)
     courtneydethomas@paulhastings.com
4   PAUL HASTINGS LLP
     515 South Flower Street
5   Twenty-Fifth Floor
     Los Angeles, CA  90071-2228
6   Telephone:  (213) 683-6000
     Facsimile:   (213) 627-0705
7
     ARNOLDO BARBA (SB#198131)
8   arnold.barba@limnexus.com
     LIMNEXUS LLP
9   1055 West 7th Street, Suite 2800
     Los Angeles, CA  90017
10  Telephone:  (213) 955-9500
     Facsimile:   (213) 955-9511
11
     Attorneys for Defendants
12  PACIFIC GAS AND ELECTRIC COMPANY; ALBERT
     TORRES; BILL CHEN; and TANISHA ROBINSON
13

14              UNITED STATES DISTRICT COURT

15            NORTHERN DISTRICT OF CALIFORNIA

16                SAN FRANCISCO DIVISION

17

18  NORTH STAR GAS COMPANY d/b/a YEP    CASE NO. 3:15-CV-02575-HSG
     ENERGY, a Texas limited liability company,
19                        **ORDER GRANTING STIPULATED**
             Plaintiff,        **REQUEST TO RESCHEDULE CASE**
20                        **MANAGEMENT CONFERENCE**
            vs.             **PURSUANT TO CIVIL LOCAL RULES 6-**
21                        **2 AND 7-12**
     PACIFIC GAS AND ELECTRIC
22  COMPANY, a California corporation;
     ALBERT TORRES, an individual; BILL    Action Filed: June 9, 2015
     CHEN, an individual; TANISHA      Current CMC Date: October 11, 2016
23  ROBINSON, an individual,        [Proposed] CMC Date: November 8, 2016
24              Defendants.

25

26

27

28

                           [~~PROPOSED~~] ORDER GRANTING STIPULATED
                                             REQUEST TO RESCHEDULE CMC

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## [PROPOSED] ORDER REGARDING STIPULATED REQUEST TO RESCHEDULE CASE MANAGEMENT CONFERENCE

The Stipulated Request to Reschedule Case Management Conference, Pursuant to Civil Local Rules 6-2 and 7-12 ("Stipulated Request"), agreed to by plaintiff North Star Gas Company d/b/a YEP Energy ("YEP") and  defendants Pacific Gas and Electric Company ("PG&E"), Albert Torres, Bill Chen and Tanisha Robinson (collectively, the "Individual Defendants," and together with PG&E, the "Defendants"), was submitted for Court approval on September 30, 2016.  Having considered the Stipulated Request, and all other pleadings and papers on file in this Action, the Court rules as follows:

WHEREAS, the Court's Order Setting Case Management Conference dated September 26, 2016 (Dkt. 53) set the Case Management Conference for October 11, 2016 at 2:00 p.m., in Courtroom 15, 18th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA;

WHEREAS, the Court's Order Setting Case Management Conference dated September 26, 2016 (Dkt. 53) sets the Case Management Conference for October 11, 2016 at 2:00 p.m., in Courtroom 15, 18th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA;

WHEREAS, the Case Management Conference has been scheduled for a date on which Defendants' counsel are unable to appear due to preexisting scheduling conflicts, including a religious holiday observance (Yom Kippur) and a long-standing, annual charity commitment concerning domestic violence;

WHEREAS, the Court's Scheduling Notes indicate civil case management conferences are to be held on Tuesdays only;

WHEREAS, the next Tuesday that Dennis S. Ellis, Esq., lead trial counsel for Defendants Pacific Gas and Electric Company, Albert Torres, William Chen, and Tanisha Robinson (collectively, "Defendants"), is available for a case management conference after October 11, 2016, is November 8, 2016, due to an Arbitration in Hong Kong;

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

WHEREAS, all parties have agreed that the Case Management Conference should be rescheduled until November 8, 2016, at which point counsel for Defendants will be able to attend;

WHEREAS, good cause for this extension exists given the progress of the case to date as well as the unavoidable scheduling conflicts of counsel for Defendants;

WHEREAS, the stipulated rescheduling of the Case Management Conference is sought in advance of the expiration of any related deadline;

WHEREAS, the stipulated extension does not affect any other existing dates as the Court has not yet issued a Scheduling Order;

WHEREAS, the extension sought by the Stipulated Request does not prejudice the parties or the Court;

Good cause appearing therefor, **IT IS HEREBY ORDERED THAT:**

1.  The date for the Further Case Management Conference shall be rescheduled from October 11, 2016 until November 8, 2016 at 2:00 p.m. in Courtroom 10, 19th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.  Case Management Statement due by November 1, 2016.

SO ORDERED this 3rd day of October, 2016.

By: _____
The Honorable Haywood S. Gilliam, Jr.
United States District Court Judge

Case No. 3:15-CV-02575-HSG                    -2-                    [PROPOSED] ORDER GRANTING STIPULATED
REQUEST TO RESCHEDULE CMC