1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA
10                  SAN FRANCISCO DIVISION
11

| | |
|---|---|
| NORTH STAR GAS COMPANY D/B/A YEP ENERGY,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>PACIFIC GAS AND ELECTRIC COMPANY, a California corporation; ALBERT TORRES, an individual; BILL CHEN, an individual; TANISHA ROBINSON, an individual,<br><br>　　　　　Defendants. | CASE NO. 3:15-CV-02383-HSG<br><br>**ORDER GRANTING DEFENDANTS' REQUEST TO APPEAR BY PHONE AT CASE MANAGEMENT CONFERENCE**<br><br>Date:　　November 8, 2016<br>Time:　　2:00 p.m.<br>Place:　　Courtroom 10 – 19th Floor<br>Judge:　　Hon. Haywood S. Gilliam Jr. |

1 **ORDER**

2    Defendants Pacific Gas and Electric Company ("PG&E"), Albert Torres, Bill Chen, and

3 Tanisha Robinson's (collectively, the "Individual Defendants," and together with PG&E, the

4 "Defendants") request to appear by telephone through their counsel at the Case Management

5 Conference scheduled for November 8, 2016 was submitted to this Court for approval on

6 November 1, 2016.  Having considered the Request, and all other pleadings and papers on file in

7 this Action, and for good cause appearing therefore,

8

9 **IT IS HEREBY ORDERED THAT:**

10    Defendants are permitted to appear by telephone conference call through their counsel at

11 the Case Management Conference scheduled for November 8, 2016 at 2:00 p.m.  Counsel shall

12 contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

13

14    **IT IS SO ORDERED.**

15

16 Dates:  November 2, 2016

*Haywood S. Gilliam Jr.*
Hon. Haywood S. Gilliam Jr.

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 3:15-cv-02575-HSG    -1-    [PROPOSED] ORDER